UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

YOUNG KU KANG
YOUNG RIM KANG                                            Chapter 7
                                                          Case No. 07-66456-SWR
            Debtor.                             Hon: Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The attached check in the amount of $12.91, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 5 | Waste Management-RMC<br>2421 W. Peoria Ave; Ste. 110<br>Phoenix, AZ 85029 | $12.91 |
|  | **TOTAL:** | **$12.91** |

Dated:   2/7/11                                        /s/ Stuart A. Gold
                                                   Stuart A. Gold, Trustee
                                                   24901 Northwestern Hwy., Ste 444
                                                   Southfield, MI 48075-2223
                                                   (248) 350-8220
                                                   stuart.gold@7trustee.net